In re Williams, Frank; Caldwell, Algean; Cain, Jerry; Sanders, Lavelle; Middle- *1126 brooks, Steve; Grimes, Ted; Robinson, Chris; McDonald, Bobby; Carroll, David; Pryor, Ben L.; Posey, Rodney; Hukman, Donald; Moreland, Johnny; Haynes, Olin; Fleming, Frank; Williams, James; Murphy, James; Boyd, James H.; Jordan, Kevin; Ray, Duane; Goleman, Donnie; Lenard, Levy; Stater, Thomas; Martin, W.L.; McKee, W.C.; Jenkins, Bruce; McIntyre, Floyd; applying for writ of certiorari and/or review; to the Court of Appeal, Second Circuit, No. 17158-CA; Parish of Morehouse, 4th Judicial District Court, Div. “D”, No. 83-418.
Prior report: La.App., 475 So.2d 118.
Denied.